IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAYMOND WINFREY, RICHARD
and CATHY JONES, LONNIE OSMAN,
DEWEY and CONNIE DRUMMOND,
MARK and SHALANE PENSE,
GERALD and DENISE PROVENCE,
and DWAIN KELLY                                              PLAINTIFFS

Civil No. 03-2237

SIMMONS FOODS, INC.                                          DEFENDANT

### ORDER

Now on this 6th day of April 2006, there comes on for consideration Plaintiffs' Motion for Reconsideration of Order (Doc. 44). Plaintiffs request the Court reconsider its order allowing the deposition of the arbitrator, J. Dudley Butler. The Court has been advised by Defendant (Doc. 46) that Mr. Butler's deposition was taken on March 30, 2006 without objection by Plaintiffs. Accordingly, Plaintiffs' Motion (Doc. 44) is DENIED AS MOOT.

IT IS SO ORDERED this 6th day of April 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)