IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RAYMOND WINFREY, RICHARD
and CATHY JONES, LONNIE OSMAN,
DEWEY and CONNIE DRUMMOND,
MARK and SHALANE PENSE,
GERALD and DENISE PROVENCE,
and DWAIN KELLY                                              PLAINTIFFS

Civil No. 03-2237

SIMMONS FOODS, INC.                                          DEFENDANT

## **J U D G M E N T**

For reasons set forth in the Arbitrators' Decision and Award (Doc. 33, Ex. A) and the Court's order filed contemporaneously herewith confirming such award, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs should have and recover of and from Defendant judgment in the amount of $532,798.97 plus interest from the date of this judgment until paid at the current post-judgment interest rate of 5.03% per annum.

IT IS SO ORDERED this 6th day of September 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge