# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

RAYMOND WINFREY, RICHARD
and CATHY JONES, LONNIE OSMAN,
DEWEY and CONNIE DRUMMOND,
MARK and SHALENE PENSE,
GERALD and DENISE PROVENCE,
and DWAIN KELLY                                                                                    PLAINTIFFS

v.                                            CASE NO. 03-2237

SIMMONS FOODS, INC.                                                                                 DEFENDANTS

## **O R D E R**

Judgment was entered in this case on September 6, 2006 confirming an arbitration award. Defendants have filed a notice of appeal to the Eighth Circuit Court of Appeals. Now before the Court is Defendant's Unopposed Motion for Stay of Proceedings to Enforce Judgment and for Approval of Escrow Agreement (Doc. 62), Brief in Support of Unopposed Motion for Stay of Judgment and for Approval of Escrow Agreement to Serve as a Supersedeas Bond (Doc. 63).[1]

Pursuant to Rule 62(d) of the Federal Rules of Civil Procedure and Rule 8(b) of the Federal Rules of Appellate Procedure, Defendant seeks an order staying the proceedings to enforce judgment while the appeal is pending. Additionally, Defendant seeks to establish an escrow fund and place within that fund the amount of the judgment plus $17,201.03 in additional security pending resolution of this case by the Eighth Circuit Court of Appeals. Defendant seeks this escrow

---

[1] Defendant previously filed a Motion for Stay of Proceedings to Enforce Judgment and for Approval of Cash Deposit to Serve as a Supersedeas Bond (Doc. 54), Brief in Support of Motion for Stay of Judgment and for Approval of Cash Deposit to Serve as a Supersedeas Bond (Doc. 55), as well as a Motion to Expedite Motion for Stay of Proceedings to Enforce Judgment and for Approval of Cash Deposit to Serve as a Supersedeas Bond (Doc. 56). However, due to Defendant's subsequent filing of the Unopposed Motion for Stay of Proceedings to Enforce Judgment and for Approval of Escrow Agreement (Doc. 62), the previous motions of Defendant (Docs. 54, 55, and 56) are DENIED AS MOOT.

arrangement in lieu of posting a supersedeas bond and Plaintiffs have no objection to this Motion.

A District Court has the discretion to accept security other than a supersedeas bond, while a case is stayed for appeal. *See Federal Prescription Serv., Inc. v. American Pharmaceutical Assn.*, 636 F.2d 755 (D.C. Cir. 1980). The Court finds the escrow fund proposed by Defendants would be sufficient as "other appropriate security" to satisfy the requirements of a supersedeas bond in Federal Rule of Civil Procedure 62(d).

Accordingly, Defendant's Unopposed Motion for Stay of Proceedings to Enforce Judgment and for Approval of Escrow Agreement (Doc. 62) is GRANTED. It is ORDERED that proceedings to enforce the judgment be STAYED. It is FURTHER ORDERED that the Escrow Agreement (Doc. 62, Ex. A) is APPROVED.

IT IS SO ORDERED.

Dated: September 28, 2006

*/s/ Robert T. Dawson*
Robert T. Dawson
United States District Judge